

# Case Assignment
## Standard CriminalAssignment

Case number **3:11CR-90-S**

Assigned : Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : Dave Whalin:44AP
Magistrate Judge Code :

                          Assigned on 07/05/2011

[Request New Judge] ..... [Return]