UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA           PLAINTIFF

vs.           3:11CR-90-S

HEATHER JOHNSON           DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

_____
Joshua Judd
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202