AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Western__ District of __Kentucky at Louisville__

FILED
WESTERN DISTRICT OF
11 JUL 12 PM 4:01

## APPEARANCE

CASE NUMBER: 3:11CR-90-5

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Heather Johnson (for arraignment purposes only)__

I certify that I am admitted to practice in this court.

Date: 7/12/11

Signature: [signed]

Print Name: Michael L. Allen
Bar Number: 00893
Address: 123 S. 7th Street
City: Louisville   State: KY   Zip Code: 40202
Phone Number: (502) 589-7298
Fax Number: (502) 585-4978