Filed

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

11 JUL 12 PM 4:01

UNITED STATES OF AMERICA

VS.                                                    NO. 3:11CR-90-5

HEATHER JOHNSON

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desired counsel to be appointed, do hereby, in open court voluntarily waive the appointment of counsel (for purposes of ARRAIGNMENt)

Date: 7/12/11

_____
DEFENDANT

_____
COUNSEL/WITNESS