## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                                                                      **NO. 3:11CR-90-S**

**HEATHER JOHNSON**                                                                           **DEFENDANT**

### ARRAIGNMENT ORDER

This case was called in open Court on July 12, 2011 for initial appearance and arraignment. There appeared Joshua Judd, Assistant United States Attorney. Defendant Heather Johnson appeared in custody with Michael Allen, retained counsel. The proceedings were recorded by Dena Legg, Official Court Reporter. Through counsel, defendant acknowledged having been furnished a copy of the Indictment and advised of the nature of the charges contained therein. Counsel on behalf of the Defendant , waived formal reading of the Indictment and entered pleas of **not guilty** to the charges contained therein..

**IT IS ORDERED** as follows:

I. This matter is assigned for trial by jury on **September 12, 2011 at 9:30 a.m.**, before the Honorable Charles R. Simpson III, United States District Judge.

II. Counsel shall, on the morning of trial, furnish to the Court Reporter a list of premarked exhibits to be introduced during the trial. The United States shall retain possession of and be responsible for, all physical exhibits, including weapons, firearms, ammunition, alleged drugs and drug paraphernalia and other physical evidence introduced both during the trial and at the conclusion of the trial.

III. Pre-trial discovery and inspection.

   A. On or before **July 22, 2011**, the United States Attorney and defense counsel shall

confer and, upon request, permit inspection and copying or photographing of all matter subject to disclosure under Fed.R.Cr.P 16.

  B. Any motion for additional discovery or inspection shall be made not later than **July 29, 2011.** Any such motion shall contain a certification from counsel that informal, extrajudicial efforts to resolve the discovery dispute have taken place and been unsuccessful.

  C. The parties are reminded of the continuing duty under FRCrP 16©) to disclose additional discoverable evidence or material previously requested or ordered.

III. All other motions.

  A. All other defensive and pre-trial motions, including motions to suppress evidence, shall be filed no later than **August 8, 2011.**

IV. All motions and responses made pursuant to this order shall be accompanied by a memorandum and shall conform with and are subject to the requirements and time limitations contained in Joint Local Rules 12.1, except as otherwise provided herein.

V. No later than seven (7) days **prior to trial**, the parties shall file a trial memorandum containing the following:

  A. The statute(s) involved and elements of the offense. (With discussion of authorities, if disputed.)

  B. A statement of undisputed and disputed facts.

  C. A separate statement of each unresolved substantive issue of law, with discussion and citations to authorities.

  D. A statement of evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

    E.  A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

    F.  Proposed substantive and special jury instructions with citations to authorities.  It is not necessary to submit standard general instructions.  Additional requests at trial are to be kept to a minimum.

    G.  Proposed voir dire questions.

  As to the matter of detention:

  The defendant is **released on a $ 25,000 unsecured bond**, pending verification of residence, with special conditions of release.

Date: July 12, 2011

            ENTERED BY ORDER OF THE COURT
            DAVE WHALIN
            UNITED STATES MAGISTRATE JUDGE
             VANESSA L. ARMSTRONG, CLERK
              by:   /s/ Trish Carter
                Deputy Clerk

Copies to:

United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant

0 | 8