UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

vs.                                                          **CRIMINAL ACTION NO.  3:11CR-90-S**

**HEATHER JOHNSON**                                                                    **DEFENDANT**

## ORDER

This matter is before the Court on defendant's unopposed motion to continue sentencing (DN #28).  By agreement of counsel, this matter is **REMANDED** from the Court's docket of July 13, 2012, and **ASSIGNED** to **Wednesday, September 5, 2012, at 2:30 p.m., for sentencing**.

The defendant is to remain under the terms and conditions of her present bond pending her appearance at the hearing scheduled by this Order.

Dated:  July 12, 2012

                                                           Charles R. Simpson III, Judge
                                                           United States District Court

Copies to:
Counsel of Record
United States Probation