UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**vs.**                                         **CRIMINAL ACTION NO. 3:11CR-90-S**

**HEATHER JOHNSON**                                                        **DEFENDANT**

## ORDER

This matter is before the Court on defendant's unopposed motion to continue sentencing (DN# 30). By agreement of counsel, this matter is **REMANDED** from the Court's docket of September 5, 2012, and **ASSIGNED** to **Friday, November 9, 2012, at 1:30 p.m., for sentencing**.

The defendant is to remain under the terms and conditions of her present bond pending her appearance at the hearing scheduled by this Order.

Dated: September 4, 2012

                                                           Charles R. Simpson III, Judge
                                                           United States District Court

Copies to:
Counsel of Record
United States Probation