# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

vs.                                  **CRIMINAL ACTION NO. 3:11CR-90-S**

**HEATHER JOHNSON**                                                       **DEFENDANT**

## ORDER

This matter is before the Court on defendant's unopposed motion to continue sentencing (DN# 32). The Court having taken the matter under consideration, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that defendant's unopposed motion to continue sentencing (DN# 32) is **GRANTED**. By agreement of counsel, this matter is **REMANDED** from the Court's docket of November 9, 2012, and **ASSIGNED** to **Tuesday, March 12, 2013, at 1:30 p.m., for sentencing**.

The defendant is to remain under the terms and conditions of her present bond pending her appearance at the hearing scheduled by this Order.

Dated:    November 9, 2012

                                                       Charles R. Simpson III, Judge
                                                       United States District Court

Copies to:
Counsel of Record
United States Probation