UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**vs.**                                                           **CRIMINAL ACTION NO.  3:11CR-90-S**

**HEATHER JOHNSON**                                                           **DEFENDANT**

### ORDER

This matter is before the Court on United States' unopposed motion to continue sentencing ( DN# 34).  The Court having taken the matter under consideration, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that United States' unopposed motion to continue sentencing (DN# 34) is **GRANTED**.  By agreement of counsel, this matter is **REMANDED** from the Court's docket of March 12, 2013, and **REASSIGNED** to **Thursday, June 27, 2013, at 11:00 a.m., for sentencing**

The defendant is to remain under the terms and conditions of her present bond pending her appearance at the hearing scheduled by this Order.

Dated: February 26, 2013

> ENTERED BY ORDER OF COURT
> CHARLES R. SIMPSON, III, SENIOR JUDGE
> UNITED STATES DISTRICT COURT
> WESTERN DISTRICT OF KENTUCKY
>    VANESSA L. ARMSTRONG, CLERK
>
> By:     /s/ Renee L. Koch, Deputy Clerk

Copies to:
Counsel of Record
United States Probation