UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                    CRIMINAL NO. 3:11CR-90-S
                                                              *Electronically filed*

HEATHER JOHNSON                                                             DEFENDANT

## AGREED ORDER FOR APPLYING CURRENCY TO
## THE SPECIAL PENALTY ASSESMENT

On or about September 6, 2011, the United States Secret Service seized computer equipment and currency from Heather Johnson used in producing counterfeit federal reserve notes. On May 11, 2012, the Court ordered that this equipment and counterfeit currency destroyed. Twenty dollars ($20) of the currency seized was not counterfeit and the parties have agreed that the $20 should be applied to the Special Penalty assessed to the defendant.

**THEREFORE** the Court having been sufficiently advised:

**IT IS HEREBY ORDERED** that the United States Secret Service shall send the $20 in legitimate currency to the United States District Court Clerk to be applied to the Special Penalty Assessment.

June 28, 2013

                                    **Charles R. Simpson III, Senior Judge**
                                    **United States District Court**

cc:  Counsel of Record
     Finance

HAVE SEEN AND AGREED:

_____
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5067 (fax)

_____
Laura Wyrosdick
Western Kentucky Federal Community Defender
629 Fourth Avenue, 200 Theatre Building
Louisville, KY 40202.

_____
Heather Johnson, Defendant