PROB 35
(Rev. 5/01)

# Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT

FOR THE

Western District of Kentucky

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>Heather JOHNSON | Crim. No.  0644 3:11CR00090-S |

On June 27, 2013 the above named was placed on probation for a period of 2 years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____
Cyan L. Herron
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

_____
Charles R. Simpson III, Senior Judge
United States District Court

11-4-2014